**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

November 3, 2010

Clerk, U.S. Bankruptcy Court

RE: Michael P. & Lyn M. Franks
    Bankruptcy Case No. 1-06-00157
    Unclaimed Funds For: Centrix Funds
                    PO Box 4097
                    Englewood CO 80155-4097

Dear Clerk:

Enclosed herewith please find check No. 1000431 for $843.12 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

Very truly yours,

*Carol A. Kreider*

Carol A. Kreider
Funds Manager

FILED
HARRISBURG, PA.
2010 NOV -4 AM 8:32
CLERK U.S. BANKRUPTCY COURT